# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

JOSE JULIO ORTIZ                                         **PLAINTIFF**

VS.                                **CAUSE NO.: 4:13-cv-00168-SA-JMV**

THE CITY OF GREENVILLE, et al                       **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to a Stipulation of Dismissal filed by the parties with the Court, and as further evidenced by the signatures below of their duly authorized counsel of record, the Court hereby orders that all claims raised by Plaintiff, Jose Julio Ortiz, in the above-captioned action against Defendants, the City of Greenville, Mississippi, Greenville Police Department, Mayor John H. Cox, III, Chief Freddie Cannon, Vice Mayor Carolyn Weathers, and Antoine Weeks, officially and in their individual capacities, are hereby dismissed with prejudice.

IT IS THEREFORE ORDERED that all of the Plaintiff's claims against these Defendants in the above-titled action are hereby dismissed with prejudice.

SO ORDERED, this the 24th day of September, 2014.

                          /s/ Sharion Aycock
                          UNITED STATES DISTRICT COURT JUDGE

Approved as to form by counsel:

*/s/ Warrem :/ Conway*
Warren L. Conway, MB #6480
ATTORNEY FOR PLAINTIFF

*/s/ Jason T. Marsh*
Jason T. Marsh, MB #102986
ATTORNEY FOR DEFENDANTS